IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BARB ALBERS, GRETCHIN | ) | |
| EURIE, KIMBERLY TAYLOR | ) | |
| RILEY, LYNN QUENZER, LIZ | ) | |
| EVERLY, and JOE KELLY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 10, 2014, the Clerk of the Court sent an order to Plaintiff at his last known address in Case Number 4:14CV3218, and it was returned to this court as undeliverable. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have 14 days from the date of this Memorandum and Order to apprise the court of his current address in the absence of which this matter will be dismissed without further notice to Plaintiff.

2.	The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: January 2, 2015: check for address.

DATED this 1st day of December, 2014.

> BY THE COURT:
>
> *s/ John M. Gerrard*
> United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.